## AFFIDAVIT

I, John Oliveira, being duly sworn, depose and say as follows:

1. I am a Detective with the Somerville Police Department. I have been employed as an Officer with the Somerville Police for the past fourteen years, the last eight years as a Detective. I have been assigned to the FBI Violent Crimes Task Force ("Task Force") since June of 2008. As such, I have been sworn in as a Special Deputy U.S. Marshall. The Task Force comprises personnel from the FBI; several local police departments; and the Massachusetts State Police. During my tenure as a law enforcement officer, both with the Somerville Police Department and the Task Force, I have participated in numerous bank robbery investigations.

2. I am aware that Title 18 of the United States Code, Section 2113(a), makes it a crime for anyone to use force and violence, or intimidation, to take or attempt to take from the person or presence of another, money belonging to or in the care, custody, control, management, or possession of any federally insured bank, and that Title 18 of the United States Code, Section 2113(d), provides that whoever, in committing or attempting to commit a violation of Section 2113(a) assaults any person or puts in jeopardy the life of any person by the use of a dangerous weapon or device is subject to increased penalties. Having so said, I make this affidavit in support of a criminal

complaint charging (1) **MARK LEPAGE** with an armed robbery of Eastern Bank ("Eastern Bank"), 102 Lynn Street, Peabody, Massachusetts on April 4, 2011. Eastern bank is an institution whose deposits are insured by the Federal Deposit Insurance Corporation.

3. The facts stated herein are based on my personal knowledge, as well as information provided to me by witnesses and other law enforcement officers involved in the investigation and from reviewing evidence, such as bank surveillance images. In submitting this affidavit, I have not included each and every fact known to me about this investigation, but only those facts which are necessary to establish the requisite probable cause.

**EASTERN BANK ROBBERY**

4. On Monday April 4, 2011, at approximately 1314 hours, an unknown white male walked into Eastern Bank brandishing a handgun. The male grabbed a customer (later identified as Robert Woods) by the back of his collar and placed the gun to the back of his head. The male demanded that the customer hand over all his money. The male then pointed the gun at the tellers behind the counter and demanded money. The male was holding what appeared to be a white plastic bag. The male began screaming, "GIVE ME ALL THE MONEY NO DYE PACKS OR ALARMS OR I WILL SHOOT." The male collected the money from all three tellers and fled the bank. The male suspect was further described as a white male, 6'3-6'4 in height, medium build, wearing a grey hooded

sweatshirt, dark sunglasses, black gloves, jeans and brown sneaker style boots. An subsequent audit that the total amount obtained by the robber was $21,709.00

**IDENTIFICATION OF LEPAGE**

5. Surveillance photos of the robbery were disseminated to local law, state and federal enforcement officers by bank security. After the dissemination of the surveillance photos, and while your affiant was still at Eastern Bank, your affiant received phone calls from FBI SA Jason Costello; FBI SA Robert Rice; Lt. Al Zani from the Massachusetts State Police, and Lt. David Callahan of the Revere Police Department. All viewed the surveillance robbery photos independently and all believed that white male's appearance as depicted in the surveillance photos was consistent with an individual known to each of the officers and agents as **Mark LEPAGE,** d.o.b. \*\*-\*\*-1963. It should be noted that none of the officers or agents were 100 % positive of the identification due to the poor quality of the photos. However, all of the officers and agents have had prior experience and interaction with Lepage over a long period of time, including investigations for other uncharged bank robberies.[1] The physical

---

[1] For example, Lt. David Callahan of the Revere Police Department has known Lepage since 2005. In July 2005, he arrested **LEPAGE** for an outstanding arrest warrant and motor vehicle matters. Additionally, in August of 2005, Lt. Callahan was involved with the FBI Bank Robbery Task Force in executing a search warrant on **LEPAGE**'s apartment in Revere. Lepage was arrested and taken to Revere Police Department to be booked and processed. On another occasion, he was involved in an extensive surveillance on **LEPAGE** for an entire day.

description provided by bank employees also was consistent with **LEPAGE**.

6. Through additional law enforcement information, it was determined that **LEPAGE**'s most recent employment was at the Atlantic Office Furniture Liquidators which is located at 29 Bennett Street, Lynn Massachusetts.  FBI Task Force Officer Sgt. Michael Grassia, Massachusetts State Police, and Lt. David Callahan of the Revere Police Department interviewed owner Alan Ginesky. Ginesky provided the following information:  **LEPAGE** was terminated from his employment approximately two weeks ago for alleged drug use. Ginesky stated that **LEPAGE** showed up at his office at approximately 10:00 a.m. on April 4, 2011 and spoke to him regarding his termination. Ginesky stated that **LEPAGE** admitted to " falling off the wagon" and understood why he was fired. **LEPAGE** asked Ginesky if he could keep his company cell phone for two more weeks. Ginesky agreed to allow **LEPAGE** to keep the cell phone and the cell phone number which was identified 617-595-1545. The cell phone provider as identified as Metro PCS. Ginesky was asked to describe what **LEPAGE** was wearing during his visit earlier this morning. Ginesky recalled **LEPAGE** as  wearing a grey hooded sweatshirt.

7. Based on this information, a photo array was compiled of eight individuals. **LEPAGE's** photo was marked with the letter "E." These photos were shown in sequential order to Robert Woods, the customer who was assaulted by the robber at Eastern Bank on April

4, 2011. Woods read and signed the photo array advisements and acknowledged that he understood them. Mr. Woods selected the third photo, marked letter "E" depicting **LEPAGE** as the robber. Woods initialed and dated the backside of the photo.

**VEHICLE INFORMATION**

8. A check with the Massachusetts Registry of Motor Vehicles indicates that **LEPAGE** has a 1996 Lincoln Town car, color green,[2] registered to him.

9. In response to a news story regarding the robbery, a witness identified as Krista Stellato provided the following information:

    A. On April 4, 2011, Ms. Stellato was in the area of the Eastern Bank at approximately 1:00 p.m. She was traveling on Lynn Street, heading towards Eastern Bank. She observed a blue Lincoln Town car backing up onto Lynn Street at a high rate of speed, causing her to go off the road to avoid a collision.

---

[2] The vehicle identification number was provided to a Lincoln dealership. The dealership, in turn, identified the actual car color as "medium willow", described as a blue-green color.

CONCLUSION

10. Based upon the above, I believe that there is probable cause to believe that **MARK LEPAGE** violated 18 U.S.C. Sections 2113(a) and (d) and did, by force and violence and by intimidation, take from a person and in the presence of another, money, in the care, custody, control and management and possession of Eastern Bank; and in doing so assaulted a person and put in jeopardy the life of a person by use of a dangerous weapon, to wit, a gun.

_____
Detective John Oliveira
Task Force Officer

SUBSCRIBED and SWORN to before me on April 5, 2011.

_____
HON. JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE